IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3129 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ANTHONY GRAY, | ) | |
| | ) | |
| Defendant. | ) | |

On the defendant's oral motion, and with the agreement of the government and the Probation Officer,

IT IS ORDERED that Defendant Gray's revocation hearing is rescheduled to Thursday, February 7, 2008, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

February 5, 2008.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge