IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:01CR3129 |
| ) | |
| ANTHONY GRAY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

THIS MATTER comes before the Court on defendant's Motion to Review Detention, filing 56, related to defendant entering in-patient treatment. This Court, being fully advised in the premises finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall be released from the custody of the United States Marshal for transportation by the Federal Defender's Office directly to the NOVA's in-patient substance abuse treatment program on February 21, 2008, at 8:00 a.m. Mr. Gray is ordered to immediately report to the United States Probation Office in Omaha, NE, upon his successful or unsuccessful discharge from NOVA.

All other conditions of Mr. Gray's supervised release, not inconsistent with this Order, shall remain effect.

Dated this 14th day of February, 2008.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge